# Ademi & O'Reilly, LLP
## Attorneys at Law

Guri Ademi
Shpetim Ademi
Robert K. O'Reilly
John D. Blythin
Mark A. Eldridge

3620 East Layton Avenue
Cudahy, Wisconsin 53110

Telephone: (414) 482-8000
Facsimile: (414) 482-8001

January 8, 2015

<u>*Via ECF*</u>

Hon. Rudolph T. Randa
United States District Court
517 East Wisconsin Avenue
Milwaukee, WI 53202

      Re:    *DeAngelo Bean v. TD Bank USA, N.A.*
               Case No. 14-cv-1252-RTR

Dear Judge Randa:

      The parties in this action have reached a resolution of this action in principle. The parties have drafted and exchanged documents and have obtained signatures. The parties expect that a stipulation or unopposed motion of voluntarily dismissal will be submitted to the Court shortly, and within 30 days.

      As such, Plaintiff respectfully requests that the Court not take any further action on this case, including not requiring Defendant to file an answer to the complaint. Plaintiff also suggests that the Court close this case administratively until a stipulation or unopposed motion of dismissal with prejudice is filed.

      Very truly yours,
      ADEMI & O'REILLY, LLP


      <u>/s/ John D. Blythin</u>
      John D. Blythin

cc (by email):  Mark Blocker
                    Kendra Stead