UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| DEANGELO BEAN, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>vs.<br><br>TD BANK USA, N.A.,<br><br>       Defendant. | Case No.: 14-cv-1252<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>Hon. Rudolph T. Randa |

THE PLAINTIFF, Deangelo Bean, by counsel, Ademi & O'Reilly LLP, hereby gives notice pursuant to Rule 41 of the Federal Rules of Civil Procedure that this action is dismissed with prejudice and without costs to either party. No class has been certified in this case, and therefore Rule 23(e) of the Federal Rules of Civil Procedure does not apply. Further, the Defendant, TD Bank USA, N.A., has not served an answer or motion for summary judgment, and therefore, dismissal does not require a court order, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated this 12th day of January 2015.    By:    s/ Mark A. Eldridge
    Mark A. Eldridge (SBN: 1089944)
    ADEMI & O'REILLY, LLP
    3620 East Layton Avenue
    Cudahy, WI 53110
    meldridge@ademilaw.com
    tel (414) 482-8000
    fax (414) 482-8001